

NOV 25 05

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:  Kirill Percy
      SS# XXX-XX-3908

Chapter 7

Case No.: 05-12675-BKC-AJC

_____Debtor(s)._____/

Adversary No.: 05-1197-BKC-AJC-A

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT BY DEFAULT

**Plaintiff**, Rombotex, LLC, by and through its undersigned counsel and pursuant to local rule 7055-1, moves this Court for the entry of a Final Judgment by default and in support thereof states:

1. On July 12, 2005, the Debtor was properly served with a summons and complaint in the above styled adversary proceeding seeking non-dischargeability of the debt owed by the Debtor to the Plaintiff pursuant to a prior judgment entered in state court..

2. The Debtor did not respond to the Complaint after being duly served and on October 4, 2005, this Court entered a default against the Defendant.

3. The Plaintiff's complaint seeks to declare a judgment obtained in New York based on fraud and defalcation non-dischargeable pursuant to 11 U.S.C. 523 (a)(4) and (a)(6). The Judgment was rendered against the debtor in the amount of $4,957,979.78. A copy of the judgment is attached to Plaintiff's affidavit filed simultaneously herewith.

4. Plaintiff has filed its affidavit in support of this Motion for entry of Final Judgment by Default simultaneously herewith.

**WHEREFORE**, the Plaintiff respectfully requests that this Court enter Final Judgment in favor of the Plaintiff and declaring the judgment at issue non-dischargeable and grant any further relief the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

Respectfully submitted;

GAMBERG & ABRAMS
*Attorney for Rombotex, LLC*
1776 North Pine Island Road, Suite 309
Fort Lauderdale, Florida 33322
Telephone: 954-523-0900
Facsimile: 954-915-9016

By: *[signature]*
Thomas L. Abrams, Esquire
Florida Bar No.: 764329
Jared L. Gamberg, Esquire
Florida Bar No.: 302510

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to: Barry E. Mukamal, Trustee, 1 SE 3 Avenue Box 158, Miami, Florida 33131, James B. Miller, Esquire, 19 W. Flagler Street, #416, Miami, FL 33130, Kirill Percy, *Pro Se* 3201 NE 183 St, #2901, Aventura, Florida 33160, Jeffrey Blacher, Esq., Adorno & Yoss, P.A., 2525 Ponce de Leon Blvd., Suite 400, Miami, FL 33134 and to the Ass't U.S. Trustee, 51 SW 1st Avenue, 12th Floor, Miami, Florida 33130 via U.S. Mail on this 22 day of *November, 2005.*

*[signature]*
Thomas L. Abrams, Esq.
Florida Bar No.: 764329
Jared L. Gamberg, Esq.
Florida Bar No.: 302510

RECEIVED VIA MAIL
FILED VIA MAIL

NOV 25 05

10-17-05    03:42PM    FROM-South Florida Law Center    +9546666256    T-225  P 004/006  F-057

COURT SO. DIST. OF FLA.

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### Miami Division

In re: Kirill Percy
SS# XXX-XX-3908

    Debtor(s).

Chapter 7
Case No.: 05-12675-BKC-AJC

Adversary No.: 05-1197-BKC-AJC-A

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT BY DEFAULT

STATE OF NEW YORK )
CITY OF New York ) SS:

Albert Feinstein, being duly sworn, deposes and says:

1. My name is Albert Feinstein and I am the Corporate Representative of Plaintiff, Rombotex, LLC, and make the following statements based on personal knowledge.

2. On November 16, 2004, Final Judgment was entered against the debtor, Kirill Percy, in favor of Rombotex, LLC, in the amount of $4,957,979.78, in New York which judgment was subsequently domesticated in the State of Florida, a true and correct copy is attached hereto.

3. Said judgment found the debtor, Kirill Percy, liable for fraud and defalcation amongst other things.

4. The Plaintiff filed this instant adversary proceeding seeking to declare said damages awarded for fraud and defalcation non-dischargeable pursuant to 11 U.S.C. 523 (a)(4) and (a)(6).

5. The judgment in the amount of $4,957,979.78 remains completely unsatisfied and thus Rombotex, LLC has suffered damages which it seeks deemed non-dischargeable in the amount of $4,957,979.78.

FURTHER AFFIANT SAYETH NAUGHT.

BY: _____

SWORN AND SUBSCRIBED before me this 14 day of November, 2005 by Albert Feinstein, who is personally known to me or who produced _____ as identification.

_____
Notary Public

My Commission expires:

LAURA LACERENZA
Notary Public, State of **New York**
No. 30-4626733
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires January 31, 19__ 2007